UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS EARL TWO BULLS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN MAMMINHAM, Police Officer at Sioux Falls Police Department, in his individual capacity, <br><br> Defendant. | 4:26-CV-04038-KES <br><br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY AN INITIAL PARTIAL FILING FEE |

Plaintiff, Thomas Earl Two Bulls, Sr., an inmate at the Rapid City Community Work Center, filed a pro se prisoner civil rights lawsuit. Docket 1. Two Bulls moves for leave to proceed in forma pauperis and submitted a copy of his prisoner trust account report. Dockets 2, 3.

Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The court may, however, accept partial payment of the initial filing fee where appropriate. Thus, "[w]hen an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan." *Henderson v. Norris*, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (alteration in original) (quoting *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

Two Bulls reports average monthly deposits of $60.00 and an average monthly balance of $20.00. Docket 3. Based on the information regarding Two Bulls' prisoner trust account, the court grants Two Bulls leave to proceed in forma pauperis, but he must pay an initial partial filing fee of $12.00 (20 percent of his average monthly deposits). Two Bulls must pay the initial partial filing fee of **$12.00 by March 28, 2026**. Failure to pay the initial partial filing fee by March 28, 2026, will result in dismissal without prejudice of Two Bulls' complaint for failure to prosecute.

Thus, it is ORDERED:

1. That Two Bulls' motion for leave to proceed in forma pauperis (Docket 2) is granted. Two Bulls must make a payment of **$12.00 by March 28, 2026**, made payable to the Clerk, U.S. District Court. If Two Bulls does not pay the initial partial filing fee by March 28, 2026, his complaint will be dismissed without prejudice for failure to prosecute.

2. That the Clerk of Court will send a copy of this order to the appropriate financial official at Two Bulls' institution.

3. That the institution having custody of Two Bulls is directed that whenever the amount in Two Bulls' trust account, exclusive of funds

available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding month to Two Bulls' trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1) until the $350 filing fee is paid in full.

Dated February 26, 2026.

       BY THE COURT:

       /s/ *Karen E. Schreier*
       KAREN E. SCHREIER
       UNITED STATES DISTRICT JUDGE