UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS EARL TWO BULLS, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN MAMMINHAM, Police Officer at Sioux Falls Police Department, in his individual capacity,<br><br>Defendant. | 4:26-CV-04038-KES<br><br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

Plaintiff, Thomas Earl Two Bulls, Sr., an inmate at the Rapid City Community Work Center, filed a pro se prisoner civil rights lawsuit. Docket 1. This court granted Two Bulls' motion for leave to proceed in forma pauperis and ordered him to pay an initial partial filing fee of $12.00 by March 28, 2026, warning him that failure to do so would result in dismissal without prejudice of his complaint. Docket 5. At this time, Two Bulls has not paid the initial partial filing fee.

After the deadline for payment of his initial partial filing fee had passed, Two Bulls filed a motion for leave to amend his original complaint. Docket 6. Although a plaintiff may amend his complaint once as a matter of course under Federal Rule of Civil Procedure 15(a), Two Bulls did not attach a copy of the proposed amended pleading as required by the court's local rules. *See* Fed. R. Civ. P. 15(a) (providing that a party may amend its pleading once as a matter of course within 21 days after serving it or after service of responsive pleading or

Rule 12 motion); *see also* D.S.D. Civ. LR 15.1 (stating that "any party moving to amend or supplement a pleading must attach a copy of the proposed amended pleading to its motion to amend[]"). Therefore, Two Bulls' motion to amend his original complaint (Docket 6) is denied. *See Johnson v. Kaemingk*, 381 F. Supp. 3d 1104, 1113–14 (D.S.D. 2019) (denying pro se plaintiff's motion to amend when he failed to comply with the local rules).

Thus, it is ORDERED:

1. That Two Bulls' complaint (Docket 1) is dismissed without prejudice for failure to prosecute.

2. That Two Bulls' Motion for Leave to Amend Original Complaint (Docket 6) is denied.

Dated April 6, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE